

# OFFICE OF THE COUNTY COUNSEL

Hall of Records, Room 535, Newark, New Jersey 07102
973.621.5003 --- 973.621.4599 (Fax)
www.essexcountynj.org

**Joseph N. DiVincenzo, Jr.**
Essex County Executive

**Courtney M. Gaccione**
Essex County Counsel

December 18, 2020

Hon. Leda D. Wettre, U.S.M.J.
United States District Court
M.L. King Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:  Jose L. Nieves v. Correctional Officer Flauhardy, et al.
           Civil Case No. 2:15-cv-05538 SDW-SCM

Dear Judge Wettre:

Please be advised that this matter has been settled at the figure suggested by the Mediator.

Thank you for Your Honor's assistance in this matter.

Respectfully submitted,

*s/Alan Ruddy*
Alan Ruddy
Assistant County Counsel
(973) 621-5021

AR/gs
cc/all counsel


ESSEX COUNTY IS AN EQUAL OPPORTUNITY EMPLOYER

